# The North Carolina State Bar

1:22mc4

BEFORE THE COUNCIL
NORTH CAROLINA STATE BAR

ORDER OF
ADMINISTRATIVE SUSPENSION

In the Matter of
**Richard Dundas Allen**

ID# 40830

**WHEREAS,** this matter was heard before the Council of the North Carolina State Bar at its regular quarterly meeting on the 8th day of October, 2021, upon a report to the Administrative Committee that you failed to comply with the Rules and Regulations of the North Carolina State Bar, 27 N.C.A.C. 1D, Sections .1500 and .1600, as to the mandatory continuing legal education requirements, by failing to do the following:
- **file the 2020 Annual Report**
- **pay the $75.00 late-filing fee for 2020**
- **pay the $125.00 non-compliance fee for 2020**
- **pay $7.00 in attendance fees for 2019;**

**AND WHEREAS,** you were given due notice by the Board of Continuing Legal Education of the North Carolina State Bar to show cause, if any, why this ORDER should not be entered, and you failed to show sufficient cause.

**NOW, THEREFORE, IT IS ORDERED** that your license to practice law be suspended effective 30 days after service of this order. <u>**HOWEVER, if you satisfy all of the obligations noted above within 30 days after service, this suspension order shall not go into effect and you will not be required to seek reinstatement**</u>. If you fail to comply within 30 days, **your North Carolina license to practice law will be suspended**, and, pursuant to 27 N.C.A.C. 1D, .0904(b) and .1524(b), you will be required to petition the North Carolina State Bar Council for reinstatement to active membership status. Reinstatement will be conditioned upon fulfilling all of the requirements set forth above, payment of a petition fee, completion of additional CLE or passage of the bar exam if required by 27 N.C.A.C. 1D, .0904(d), any additional requirements set forth in the rules of the North Carolina State Bar at the time you seek reinstatement, and favorable action by the Council.

**IT IS FURTHER ORDERED** that, upon the effective date, copies of this order be filed with the Clerk of the Supreme Court of North Carolina, the Clerk of the North Carolina Court of Appeals, and the District Attorney and Clerk of the Superior Court of Chatham County.

This the 3rd day of November, 2021.

*Alice Neece Mine*

ALICE NEECE MINE, Secretary
THE NORTH CAROLINA STATE BAR

217 E. Edenton Street, Raleigh, NC 27611 • 919-828-4620 (State Bar) • 919-733-0123 (CLE)